**Alvin Lee GREGORY, Petitioner—
Appellant,**

v.

**Thomas MCBRIDE, Warden, Mount
Olive Correctional Complex,
Respondent—Appellee.**

No. 03–7650.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 19, 2004.

Decided Feb. 25, 2004.

Alvin Lee Gregory, Appellant pro se.
Heather A. Connolly, Office of the Attorney General, Charleston, West Virginia,
for Appellee.

Before NIEMEYER, GREGORY, and
SHEDD, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished Opinions Are Not Binding
Precedent In This Circuit. See Local Rule
36(C).

PER CURIAM.

Alvin Lee Gregory, a state prisoner,
seeks to appeal the district court's order
denying relief on his petition filed under 28
U.S.C. § 2254 (2000). The order is not
appealable unless a circuit justice or judge
issues a certificate of appealability. 28
U.S.C. § 2253(c)(1) (2000). A certificate of
appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2)
(2000). A prisoner satisfies this standard
by demonstrating that reasonable jurists
would find that his constitutional claims
are debatable and that any dispositive procedural rulings by the district court are
also debatable or wrong. *See Miller–El v.
Cockrell,* 537 U.S. 322, 336, 123 S.Ct. 1029,
154 L.Ed.2d 931 (2003); *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146
L.Ed.2d 542 (2000); *Rose v. Lee,* 252 F.3d
676, 683 (4th Cir.2001). We have independently reviewed the record and conclude
that Gregory has not made the requisite
showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials before the court and argument would not aid
the decisional process.

*DISMISSED*